# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> G&H DIVERSIFIED MANUFACTURING, LP <br><br> Defendant. | Civil Action No: 6:20-cv-01110-ADA |

## NOTICE REGARDING PGR FILINGS

Pursuant to this Court's Standing Order Governing Proceedings (Dkt. 25), Plaintiffs hereby notify the Court of the following IPR, CBM, or other PGR filings involving the asserted patent, U.S. Patent No. 10,844,697:

1. Case No. PGR2021-00078.[1]  Defendant filed a Petition for Post-Grant Review with the Patent Trial and Appeal Board of the United States Patent and Trademark Office challenging the validity of the asserted patent on May 10, 2021.  PGR2021-00078 was docketed on May 19, 2021, and an institution decision is expected on or before November 19, 2021.  A Final Written Decision, if trial is instituted, is expected on or before November 22, 2022.

---

[1] The Court was made aware of this PGR filing in related cases in this Court.  *See DynaEnergetics Europe GmbH et al. v. Horizontal Wireline Services, LLC et al.*, No. 6:21-cv-00349-ADA (Dkt. 15); *DynaEnergetics Europe GmbH et al. v. PerfX Wireline Services, LLC et al.*, No. 6:20-cv-00371-ADA (Dkt. 21).

2. Case No. PGR2021-00097. Two additional Defendants in related cases (one in this judicial district, NexTier Completion Solutions LLC, and one in the Northern District of Texas, SWM International, LLC) filed a Petition for Post-Grant review with the Patent Trial and Appeal Board of the United States Patent and Trademark Office challenging the validity of the asserted patent on July 21, 2021. PGR2021-00097 was docketed on July 29, 2021, and an institution decision is expected on or before January 31, 2022. A Final Written Decision, if trial is instituted, is expected on or before January 31, 2023.

Dated: October 15, 2021                                         Respectfully submitted,

By: */s/Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice*)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

        Telephone: (410) 545-5873
        Email: Stephanie.Nguyen@wbd-us.com
        Telephone: (410) 545-5802
        Email: Julie.Giardina@wbd-us.com

        Preston H. Heard (*pro hac vice*)
        Georgia Bar No. 476319
        WOMBLE BOND DICKINSON (US) LLP
        271 17th Street, NW, Suite 2400
        Atlanta, GA 30363
        Telephone: (404) 888-7366
        Email: Preston.Heard@wbd-us.com

        Lisa J. Moyles (*pro hac vice*)
        Connecticut State Bar No. 425652
        Jason M. Rockman (*pro hac vice*)
        New York Bar No. 4450953
        MOYLES IP, LLC
        One Enterprise Drive, Suite 428
        Shelton, CT 06484
        Telephone: (203) 428-4420
        Email: lmoyles@moylesip.com
        Email: jrockman@moylesip.com

        ***Attorneys for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

        */s/ Eric H. Findlay*
        Eric H. Findlay