IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS U.S., INC, | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:20-CV-01110-ADA |
| v. | § § § | JURY TRIAL DEMANDED |
| G&H DIVERSIFIED MANUFACTURING, LP, | § § § § | |
| Defendant. | § | |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL OF RECORD
OF DEFENDANT G&H DIVERSIFIED MANUFACTURING, LP**

Defendant G&H Diversified Manufacturing LP files this notice of change of address for their counsel of record, and in support thereof states as follows:

1. Amir H. Alavi, Demetrios Anaipakos, Scott W. Clark, Joshua S. Wyde, Michael D. McBride, and Steven Jugle have moved from Ahmad, Zavitsanos & Mensing P.C. (formerly known as Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.) to Alavi & Anaipakos PLLC.

2. Their new contact information is as follows:

> Amir H. Alavi
> aalavi@aatriallaw.com
> Demetrios Anaipakos
> danaipakos@aatriallaw.com
> Scott W. Clark
> sclark@aatriallaw.com
> Joshua S. Wyde
> jwyde@aatriallaw.com
> Michael D. McBride
> mmcbride@aatriallaw.com
> Steven T. Jugle
> sjugle@aatriallaw.com
> Alavi & Anaipakos PLLC
> 3417 Mercer Street, Suite C
> Houston, Texas 77027

Phone: 713-751-2362
Fax: 713-751-2344

3. Accordingly, all future correspondence, pleadings, motions, briefing, discovery, subpoenas, and any other papers in this action should be served upon G&H Diversified Manufacturing, LP through its counsel of record at the address stated above.

WHEREFORE, the Defendant G&H Diversified Manufacturing, LP respectfully requests that all future correspondence, pleadings, motions, briefing, discovery, subpoenas, and any other papers in this action be served upon their counsel of record at the address set forth above, and further request all other just and appropriate relief.

ALAVI & ANAIPAKOS PLLC
3417 Mercer Street, Suite C
Houston, Texas 77027
Phone: 713-751-2362
Fax: 713-751-2344

By: /s/ Amir H. Alavi
Amir H. Alavi
Texas Bar No.: 793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No.: 793258
danaipakos@aatriallaw.com
Scott W. Clark
Texas Bar No.: 24007003
sclark@aatriallaw.com
Joshua S. Wyde
Texas Bar No.: 24060858
jwyde@aatriallaw.com
Michael D. McBride
Texas Bar No.:
mmcbride@aatriallaw.com
Steven T. Jugle
Texas Bar No.: 24083280
sjugle@aatriallaw.com

*Attorneys for Defendant G&H Diversified Manufacturing, LP*

## CERTIFICATE OF SERVICE

        On July 6, 2022, I caused a copy of the foregoing to be delivered through the Court's ECF system and by electronic mail to all other parties through their counsel of record as follows:

Eric H. Findlay
efindlay@findlaycraft.com
Roger Brian Craft
bcraft@findlaycraft.com
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 83402

Barry J. Herman (pro hac vice)
Barry.Herman@wbd-us.com
Stephanie M. Nguyen (pro hac vice)
Stephanie.Nguyen@wbd-us.com
Julie C. Giardina (pro hac vice)
Julie.Giardina@wbd-us.com
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202

Preston H. Heard (pro hac vice)
Preston.Heard@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363

***Attorneys for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc***

Lisa J. Moyles (pro hac vice)
lmoyles@moylesip.com
Jason M. Rockman (pro hac vice)
jrockman@moylesip.com
New York Bar No. 4450953
MOYLES IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484

Mark D. Siegmund
mark@swclaw.com
Steckler Wayne Cherry & Love, PLLC
8416 Old McGregor Rd.
Waco, TX 76712

Gregory Phillip Love
greg@swclaw.com
Steckler Wayne Cherry & Love PLLC
P. O. Box 948
Henderson, TX 75653

Megan Charlotte Moore
mmoore@rustyhardin.com
Terry Dean Kernell
tkernell@rustyhardin.com
Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, TX 77010