IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>G&H DIVERSIFIED MANUFACTURING, LP,<br><br>*Defendant.* | Civil Action No. 6:20-cv-01110-ADA<br><br>JURY TRIAL DEMANDED |

**G&H DIVERSIFIED MANUFACTURING, LP'S NOTICE OF
FINAL WRITTEN DECISION IN POST-GRANT REVIEW OF ASSERTED PATENT**

In accordance with this Court's December 20, 2021 Text Order GRANTING [58] Motion to Stay Case pending post grant review PGR2021-00078, G&H Diversified Manufacturing, LP hereby notifies the Court that the Patent Trial and Appeal Board issued a Final Written Decision on October 28, 2022, finding every claim of U.S. Patent No. 10,844,697 B2 unpatentable. *See* PGR2021-00078, Paper No. 44. On October 31, 2022, the Patent Trial and Appeal Board issued a Corrected Final Written Decision making a correction to Petitioner's firm name. *See* Attachment A (PGR-2021-00078, Paper No. 46).

DynaEnergetics Europe GmbH ("Dyna") has until November 28, 2022 to file a request for rehearing. *See* 37 C.F.R. § 42.71(d)(2).

If Dyna does not file a request for rehearing, Dyna has until December 30, 2022 to file an appeal to the U.S. Court of Appeals for the Federal Circuit. *See* 35 U.S.C. 141(c); 37 C.F.R. § 90.3.

Dated: November 9, 2022                             Respectfully submitted,

/s/ *Amir Alavi*
Amir Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Joshua Wyde
Texas Bar No. 24060858
jwyde@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
Steven Jugle
Texas Bar No. 24083280
sjugle@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
3417 Mercer Street, Suite C
Houston, Texas 77027
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

**ATTORNEYS FOR DEFENDANT G&H DIVERSIFIED MANUFACTURING, LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on November 9, 2022. As such, this document was served on all counsel of record via the Court's electronic filing system and pursuant to the Federal Rules of Civil Procedure.

/s/ *Amir H. Alavi*
Amir H. Alavi